

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00171-CV

James **HERNANDEZ**,
Appellant

v.

**R. A. OSBORNE ENTERPRISES, LLC**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19771
The Honorable Richard E. Price, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  August 21, 2013

DISMISSED

On July 30, 2013, Appellant filed a letter informing the court that the parties had settled their dispute.  On August 1, 2013, Appellant filed a motion to dismiss this appeal.  Appellant's motion is granted, and the appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a), 43.2(f).  Costs of the appeal are taxed against the parties who incurred them.  *See id.* R. 43.4.

PER CURIAM